## CERTIFICATE OF SERVICE

IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF ARIZONA        Case #: CV-25-02982-PHX-SPL

**LYNNETTE OSEI-ASIBEY, individually, and on behalf of all others similarly situate**

Plaintiff

vs.

**SMARTRENT TECHNOLOGIES, INC.**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons in a Civil Action, Civil Cover Sheet and Class Action Complaint and Demand for Jury Trial**

| | |
|---|---|
| PARTY SERVED: | **SMARTRENT TECHNOLOGIES, INC. C/O REGISTERED AGENTS INC.** |
| PERSON SERVED: | **JESSE MAINE, CLERK** |
| METHOD OF SERVICE: | **Corporate** - By delivering a true copy with the person identified above, who is authorized to accept or apparently in charge thereof. I informed said person of the contents therein. |
| DATE & TIME OF DELIVERY: | **8/27/2025 at 2:40 PM** |
| ADDRESS, CITY AND STATE: | **4539 N. 22ND ST., STE R, PHOENIX, AZ 85016** |

Race: **White**   Sex: **Male**   Age: **27**
Height: **5'3"**   Weight: **130**   Hair: **Black**   Glasses: **Yes**

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 9/2/2025.

Keith E Blanchard
Registration No: MC-8694

CLIENT: **Global Process Services Corp**        Job #: **637591**
FILE #: **25-4933**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| LYNNETTE OSEI-ASIBEY, individually, and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>SMARTRENT TECHNOLOGIES, INC. and SEMPLE, MARCHAL AND COOPER, L.L.P.,<br><br>*Defendant(s)* | Civil Action No. CV-25-02982-PHX-SPL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SMARTRENT TECHNOLOGIES, INC.
c/o Registered Agents Inc- Registered Agent
4539 N 22ND ST, STE R
PHOENIX, AZ 85016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew Shamis
Shamis & Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, Florida 33132

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

*CLERK OF COURT*

*D. Draper*
*Signature of Clerk or Deputy Clerk*

ISSUED ON  12:09 pm, Aug 19, 2025
s/ Debra D. Lucas, Clerk