IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynnette Osei-Asibey,<br><br>        Plaintiff,<br><br>vs.<br><br>SmartRent Technologies Incorporated, et al.,<br><br>        Defendants. | No. CV-25-02982-PHX-SPL<br><br>**ORDER** |

Both Defendants having been voluntarily dismissed (Docs. 26–27),

**IT IS ORDERED** that the Clerk of Court shall terminate this action.

Dated this 20th day of January, 2026.

                                               Honorable Steven P. Logan
                                               United States District Judge